UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

August Term, 2022

*Walker v. Bellnier*, No. 21-650, __ F.4th __ (2d Cir., 2025)
Argued: December 8, 2022
Decided: July 25, 2025
Before: Carney, Menashi, and Robinson

ERRATA

| Page | Delete strikethrough language | Insert underlined language |
|---|---|---|
| 233 n.3 | Public records show that Walker is now housed in another New York State prison, Clinton Correctional Facility. *See* Incarcerated Lookup, DOCCS, https://nysdoccslookup.doccs.ny.gov/ (last visited July 24, 2025) (Search results for "Tyrone Walker"). | Public records show that Walker is now housed in another New York State prison, Clinton Correctional Facility. *See* Incarcerated Lookup, DOCCS, https://nysdoccslookup.doccs.ny.gov/ [https://perma.cc/E3DZ-J3F7] (last visited July 24, 2025) (search results for "Tyrone Walker"). |

So Ordered:

_Susan L. Carney_
Susan L. Carney, Circuit Judge

Date: 9/5/2025

Copies have been sent
by chambers to:

X Clerk of Court (Decisions)
X Panel Members